**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-2409**

PAMELA MELVIN,

                    Plaintiff – Appellant,

          v.

SOCIAL SECURITY ADMINISTRATION; UNITED STATES OF AMERICA,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at New Bern.  Louise W. Flanagan,
Chief District Judge.  (5:09-cv-00235-FL)

Submitted:  July 29, 2011          Decided:  August 9, 2011

Before MOTZ and WYNN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Pamela Melvin, Appellant Pro Se. Edward D. Gray, Assistant
United States Attorney, Raleigh, North Carolina; Marian Ashley
Harder, Cassia W. Parson, SOCIAL SECURITY ADMINISTRATION,
Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pamela Melvin appeals the district court's order adopting the recommendation of the magistrate judge and dismissing her complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Melvin v. SSA</u>, No. 5:09-cv-00235-FL (E.D.N.C. Oct. 20, 2010).[*] We deny Melvin's motion to reconsider our denial of her motions to unseal and compel, as well as her motion for stay. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] Contrary to Melvin's assertion on appeal, the district court permitted her Privacy Act claims to proceed, despite the district court's dismissal of Claims One through Three of Melvin's complaint.